STATE OF NEW JERSEY v. DANIEL ROBERT THOMAS.

May 30, 1972. Petition for certification denied. (See 118 *N. J. Super.* 377)

WILLIAM POND v. CONTINENTAL CAN COMPANY.

May 30, 1972. Petition for certification denied.

BERNICE COOKE v. THOMAS S. YARRINGTON, *ET AL.* MICHAEL K. COOKE v. THOMAS S. YARRINGTON.

May 30, 1972. Joint petition for certification granted.

JOSEPHINE TRAMUTOLA *ET AL.*, v. FRANK BORTONE, M.D., *ET AL.*

May 30, 1972. Petition for certification granted. (See 118 *N. J. Super.* 503)

STATE OF NEW JERSEY v. GEORGE HARRISON, *ET AL.*

June 8, 1972. Petition and Cross Petition for certification denied. (See 119 *N. J. Super.* 1).